**Order entered February 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00868-CV

### DAN LOPEZ, Appellant

### V.

### RS CLARK & ASSOCIATES, INC., Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-07834-A**

## ORDER

We **GRANT** appellant's February 18, 2014 motion for additional time to file motion for rehearing under Texas Rule of Appellate Procedure 4.5. Appellant's motion for rehearing is due on or before March 11, 2014.

/s/      MOLLY FRANCIS
             JUSTICE